UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CAMPUSANO, | Case No.: 22-cv-06878-SVW-MAA |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| AMSHER COLLECTION SERVICES, INC., | |
| Defendants. | |

The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: December 12, 2022  _____

Hon. Stephen V. Wilson
United States District Judge